FILED
Sep 19 2022
Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DERRICK KENYATTA STOKES,<br>　　　　Plaintiff,<br>　v.<br>DON BARNES,<br>　　　　Defendant. | Case No. 22-cv-04521-TSH<br><br>**ORDER OF TRANSFER** |

Plaintiff filed this *pro se* civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff is incarcerated in Theo Lacy Facility in Orange, California, and brings suit against Orange County Sheriff Don Barnes regarding the conditions of confinement at Theo Lacy Facility.  *See generally* Dkt. No. 1.  Section 1391(b) of the United States Code, title 28, provides that venue for a civil action is proper in either the judicial district in which any defendant resides or in the judicial district in which a substantial part of the events or omissions giving rise to the claim occurred.  28 U.S.C. § 1391(b).  Neither plaintiff nor defendant resides in this district, and the relevant events did not occur in this district.  All parties reside in Orange County, and the relevant events took place there.  Orange County is located in the Central District of California.  *See* 28 U.S.C. § 84(c)(3).  Venue therefore properly lies in the Central District.  *See id.* § 1391(b).

//
//
//
//
//
//

1  Accordingly, IT IS ORDERED that, in the interest of justice and pursuant to 28 U.S.C.
2  § 1406(a), this action be TRANSFERRED to the United States District Court for the Central
3  District of California.
4  **IT IS SO ORDERED.**

6  Dated: 9/19/2022

_____
THOMAS S. HIXSON
United States Magistrate Judge